No. 04–7896.   RICHARDSON v. SISK ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 04–7899.   WINROW v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 04–7912.   PHIFER v. WABASH VALLEY CORRECTIONAL FACILITY ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 04–7914.   MOORE v. TEXAS.   Ct. App. Tex., 14th Dist. Certiorari denied.

No. 04–7916.   WEBB v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 04–7924.   PHIFER v. WABASH VALLEY CORRECTIONAL FACILITY ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 04–7932.   POMPE v. FARWELL, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 04–7941.   BISHOP v. NORFOLK SOUTHERN RAILWAY CO. ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 04–7943.   ANAYA v. KERNAN, ACTING WARDEN, ET AL. C. A. 9th Cir.   Certiorari denied.

No. 04–7945.   BEARDEN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 04–7946.   BRANCH v. MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 04–7948.   JAMISON v. CALIFORNIA.   Ct. App. Cal., 6th App. Dist.   Certiorari denied.

No. 04–7951.   MUNOZ v. COOPER, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 04–7954.   JENKINS v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 04–7955.   LOPEZ v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.